UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

James H. Keale (JK-8549)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102-0002
Telephone: (973) 242-0002
Facsimile: (973) 242-8099
Attorneys for Defendant
L'Oréal USA, Inc.

| | |
|---|---|
| RUTH KORONTHALY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC., a New York Corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio Corporation,<br><br>Defendant. | 07 CV 05588 DMC-MF<br><br>Class Action<br><br>**ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF ANTHONY J. ANSCOMBE** |

THIS MATTER having been brought before the Court upon the Motion of Sedgwick, Detert, Moran & Arnold, LLP, attorneys for defendant L'Oréal USA, Inc. ("L'Oréal") in this action, and the Court having considered the papers as well as any opposition, and for good cause shown;

IT IS on this _12_ day of _February_, 2008,

ORDERED THAT:

Anthony J. Anscombe, of Sedgwick, Detert, Moran & Arnold, LLP's Chicago office, located at One North Wacker Drive, Suite 4200, Chicago, Illinois, 60606-2841, a member of the bar of Illinois and California, is permitted to appear *pro hac vice* in this matter as counsel for L'Oréal, pursuant to Local Rule 101.1(c);

NY/518950v1

Anthony J. Anscombe shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a);

Anthony J. Anscombe shall pay the U.S.D.C. clerk the $150 fee required by Local Rule 101.1(c); and

Anthony J. Anscombe shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey.

The Honorable Mark Falk, U.S.M.J.

NY/518950v1